**The Knight Law Group**
Noel Knight, Esq., SBN #223821
800 J Street, #441, Sacramento, CA 95814
Tel: 510-435-9210 – cell/text;
Fax: 510-281-6889

lawknight@theknightlawgroup.com

Attorneys for Debtor...Gregory L. Belcher

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>GREGORY L. BELCHER,<br><br>　　Debtor and Debtor-in-Possession. | Case No: 18-50909-MEH-11<br><br>Chapter 11<br><br>DECLARATION OF GREGORY BELCHER REGARDING REQUEST FOR TRO AS AGAINST PAUL GREENFIELD |

<u>I do hereby declare and swear to the following</u>:

1. I am a resident of the State of California and over eighteen years of age. The following facts are within my personal knowledge, except as to those matters, if any, which are stated on information and belief and as to those matters I believe to be true; accordingly, if called as witness I could and would, competently testify thereto;

2. I have presented to this court Adversarial claim # 2018-05048 to dispute the title status for my current residence at 22000 Dorsey Way, Saratoga.
3. It is my belief that the actions of Paul Greenfield have and will cause me great injury and suffering and am requesting that this court stop him from any further Unlawful Detainer action during the pendency of my suit.
4. It is further my belief that it is in the best interest of all the creditors that any action by Mr. Greenfield be postponed until a final determination on property status is reached.

5. Executed this 16th day of October, 2018 in Saratoga, California.

*[signature]*
Gregory L. Belcher

DECLARATION IN SUPPORT OF PROPERTY SALE
Case: 18-05048   Doc# 7-4   Filed: 10/17/18   Entered: 10/17/18 16:31:00   Page 2 of 2
2