**The Knight Law Group**
Noel Knight SBN #223821
800 J Street, Suite 441
Sacramento, CA 95814
Telephone: (510) 435-9210
Facsimile: (510) 281-6889

Attorney for Debtor…

Gregory Lamont Belcher

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GREGORY LAMONT BELCHER<br><br>    Debtor and Debtor-in-Possession. | Case No. 18-50909-MEH-11<br><br>Chapter: 11 |

## ORDER AUTHORIZING S TEMPORARY RESTRAINING ORDER
## AS AGAINST ANY UNLAWFUL DETAINER ACTION
## AS AGAINST DEBTOR GREGORY LAMONT BELCHER

An application has been made for a Temporary Restraining Order covering any Unlawful Detainer as against Debtor Gregory L. Belcher during the pendency of Adversarial #2018-05048.

Based upon the application, the record, and other documents;

**IT IS ORDERED**:

    1. The Application for Temporary Restraining Order is Granted…

**\*\* END OF ORDER \*\***

COURT SERVICE LIST

Trevor Fehr, Esq., of the Office of the United States Trustee;

and other FRCP 5 and Special Notice Recipients