

The following constitutes the order of the Court.
Signed: October 18, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Gregory Lamont Belcher,<br><br><br><br>                        Debtor. | Case No. 18-50909 MEH<br><br>Chapter 11 |
| Gregory Lamont Belcher,<br><br>                        Plaintiff.<br><br>v.<br><br>Paul Greenfield &<br>Dakota Note, LLC<br><br>                        Defendants. | Adv. No. 18-05048 |

## ORDER DENYING EX-PARTE
## MOTION FOR TEMPORARY RESTRAINING ORDER

Gregoy Lamont Belcher (**"Plaintiff"**) in the above-captioned adversary proceeding filed an Ex-Parte Motion for a Temporary Restraining Order (the "Motion") (Dkt# 7), seeking to enjoin Paul Greenfield and Dakota Note, LLC ("Defendants") from pursuing an unlawful detainer action in state court.

1

On its face, the Motion fails to establish why the temporary restraining order should be granted without notice pursuant to Federal Rule of Civil Procedure 65(b) made applicable by Federal Rule of Bankruptcy Procedure 7065. Specifically, no facts are provided by affidavit or declaration as to why immediate and irreparable injury, loss, or damage will occur before an attorney can be heard in opposition to the Motion. Further, in his declaration, Plaintiff's counsel fails to state the reasons that notice should not be required.

Therefore, the Ex-Parte Motion for a Temporary Restraining Order (Dkt# 7) is hereby DENIED without prejudice.

**END OF ORDER**

# COURT SERVICE LIST

**Paul Greenfield**
2597 Flagstone Dr.
San Jose, CA 95132

**Dakota Note, LLC**
119 East Center Street, Suite 567
Madison, SD 57042-2908

**Reno F.R. Fernandez**
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104
(415) 362-0449
reno@macfern.com

**Via ECF:**

All ECF Recipients