# Notice Recipients

District/Off: 0971–5   User: arosales   Date Created: 10/18/2018
Case: 18–05048   Form ID: pdfeoapc   Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | Paul Greenfield | 2597 Flagstone Dr. | San Jose, CA 95132 | |
| dft | Dakota Note, LLC | 119 East Center Street, Suite 567 | Madison, SD 57042–2908 | |
| | Reno F.R. Fernandez | Macdonald Fernandez LLP | 221 Sansome St. 3rd Fl. | San Francisco, CA 94104 |

TOTAL: 3