

The following constitutes the order of the Court.
Signed: October 22, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Gregory Lamont Belcher,<br><br><br>                    Debtor. | Case No. 18-50909 MEH<br><br>Chapter 11 |
| Gregory Lamont Belcher,<br><br>                    Plaintiff.<br><br>v.<br><br>Paul Greenfield &<br>Dakota Note, LLC<br><br>                    Defendants. | Adv. No. 18-05048 |

**<u>ORDER SETTING HEARING ON
EX-PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER</u>**

Gregory Lamont Belcher (**"**Plaintiff") in the above-captioned adversary proceeding filed an Ex-Parte Motion for a Temporary Restraining Order (the "Motion") (Dkt# 10), seeking to enjoin Paul Greenfield and Dakota Note, LLC ("Defendants") from pursuing an unlawful detainer action in state court. A trial in the unlawful detainer action is set for October 31, 2018.

1

Insufficient evidence was provided to warrant a temporary restraining order on an ex parte basis. Accordingly, a hearing on the Motion is hereby set for October 25, 2018, at 10:30 a.m., in Courtroom 3020, at 280 South First Street, San Jose, CA.

Plaintiff is required to provide notice by phone and email to opposing parties and their known prior counsel no later than 10:00 a.m. on October 23, 2018.

Opposition to the relief requested may be presented in writing or stated orally at the hearing.

\*\*END OF ORDER\*\*

## COURT SERVICE LIST

**Paul Greenfield**
2597 Flagstone Dr.
San Jose, CA 95132

**Dakota Note, LLC**
119 East Center Street, Suite 567
Madison, SD 57042-2908

**Reno F.R. Fernandez**
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104
(415) 362-0449
reno@macfern.com

**Via ECF:**

All ECF Recipients